# IN THE SUPREME COURT OF THE STATE OF NEVADA

MEREDITH R. PRUITT; PETER A. MAZZEO; AND MAZZEO LAW, LLC,
Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JAMES CROCKETT, DISTRICT JUDGE,
Respondents,

and

DEANNA FRANCO,
Real Party in Interest.

No. 70948

FILED

DEC 1 3 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING PETITION

Pursuant to the stipulation of the parties, and cause appearing, this original petition for a writ of mandamus or prohibition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

---

[1]Given this order, we take no action on the motion for an extension of time to file the reply.

16-38444

cc: Hon. James Crockett, District Judge
Lewis Roca Rothgerber Christie LLP/Las Vegas
Mazzeo Law LLC
Eglet Prince
Eighth District Court Clerk